IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARL THORN, § | |
| § | |
| Plaintiff, § | |
| V. § | Civil Action No.: 3:09-CV-1108-M |
| § | |
| WAL-MART SUPERCENTER, DARRYL § | |
| SCOGGINS in his official capacity as § | |
| Store Manager, and RUDY ECKERMAN § | |
| in his official capacity as District § | |
| Marketing Manager, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On July 15, 2009, United States Magistrate Judge Irma Carrillo Ramirez made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted, and Plaintiff's Motion for Default Judgment, is **DENIED**.

SIGNED this 10th day of August, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS